ADAM BLAIR CORREN, CA Bar No. 183067
acorren@correnlaw.com
SPENCER SINCLAR, CA Bar No. 294340
ssinclair@correnlaw.com
LAW OFFICES OF CORREN & CORREN
3425 Brookside Road, Suite B
Stockton, CA 95219
Telephone:    209-478-2621
Facsimile:    209-478-3038

Attorneys for Plaintiff
RUBEN DE LA ROSA

JARED L. PALMER, CA Bar No. 287974
jared.palmer@ogletree.com
TRINITY E. TAYLOR PATEL, CA Bar No. 310947
trinity.taylor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendant
APL LOGISTICS WAREHOUSE MANAGEMENT
SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DE LA ROSA, <br><br> Plaintiff, <br><br> v. <br><br> APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC.; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:25-cv-01334-TLN-AC <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES** <br><br> Complaint Filed:  February 14, 2025 <br> Trial Date:        None Set <br> Judge:            Hon. Troy L. Nunley, Chief United States District Judge |

1

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES

**TO THE HONORABLE COURT, AND ALL PARTIES AND COUNSEL OF RECORD:**

Defendant APL LOGISITCS WAREHOUSE MANAGEMENT SERVICES, INC. ("Defendant") and Plaintiff RUBEN DE LA ROSA ("Plaintiff") (collectively, the "Parties"), through their respective attorneys of record, hereby stipulate and agree to the following continuance and ask the Court to enter an Order so confirming the same:

**WHEREAS,** Plaintiff filed this lawsuit in San Joaquin County Superior Court on February 14, 2024;

**WHEREAS,** after service of the Complaint, Defendant removed this action to this Court on May 9, 2025;

**WHEREAS,** on May 30, 2025, the Court issued its Amended Initial Pretrial Scheduling Order [ECF 11] providing that discovery shall close 365 days after the date of removal, which is May 9, 2026;

**WHEREAS,** the Parties have met and conferred over the scheduling of critical witness depositions but have not yet been able to coordinate dates for the completion of said depositions, and have outstanding third party discovery that has not yet been completed; and

**WHEREAS**, the Parties desire to continue the discovery cutoff by 180 days to provide ample time for all Parties to complete agreed-upon discovery with limited to no court intervention;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AS FOLLOWS**:

1. The deadline to complete fact discovery is continued 180 calendar days from May 9, 2026 to November 9, 2026; and

2. All other related deadlines which are taken from the Amended Initial Pretrial Scheduling Order [ECF 11] shall be adjusted in accordance with the continuance of the fact discovery cutoff.

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES

**IT IS SO STIPULATED.**

DATED: April 2, 2026                    LAW OFFICES OF CORREN & CORREN


By:  /s/
     ADAM BLAIR CORREN
     SPENCER D. SINCLAIR

     Attorneys for Plaintiff
     RUBEN DE LA ROSA

DATED: April 6, 2026                    OGLETREE, DEAKINS, NASH, SMOAK &
     STEWART, P.C.


By:  /s/
     JARED L. PALMER
     TRINITY E. TAYLOR PATEL

     Attorneys for Defendant
     APL LOGISTICS WAREHOUSE
     MANAGEMENT SERVICES, INC.

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES

## ORDER

The Court, having read and considered the Parties' Joint Stipulation to Continue Discovery Cutoff and Related Deadlines, hereby orders:

1. The deadline to complete fact discovery is continued 180 calendar days from May 9, 2026 to November 9, 2026; and

2. All other related deadlines which are taken from the Amended Initial Pretrial Scheduling Order [ECF 11] shall be adjusted in accordance with the continuance of the fact discovery cutoff.

**IT IS SO ORDERED.**

Dated: April 6, 2026

_____
Troy L. Nunley
Chief United States District Judge

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES